**IN THE UNITED STATES district COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG**

| | |
|---|---|
| **JIMMIE MASON,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**AMERICAN INTERNATIONAL GROUP; AMERICAN GENERAL CORPORATION; AMERICAN GENERAL FINANCE, INC. OF MISSISSIPPI; CREDIT CENTERS, INC.; AMERICAN GENERAL FINANCE CORP.; MERIT LIFE INSURANCE COMPANY; YOSEMITE INSURANCE COMPANY; RITA COATS; ROBERT WINFREY; BRENDA JAMES; JENNY E. RAY; CHARLIE MICHAL; TISH GREEN and KAREN SHAFFER,**<br><br>          **Defendants.** | **CIVIL ACTION NO. 2:05-CV-02051-KS-JMR** |

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

CAME BEFORE THE COURT FOR HEARING the *ore tenus* motion of Plaintiff, agreed to by Defendants American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc., a Delaware corporation, on its own behalf and as successor to American General Finance, Inc., a Mississippi corporation, Merit Life Insurance Company ("Merit"), Yosemite Insurance Company ("Yosemite"), for the entry of an agreed final judgment of dismissal with prejudice of all Plaintiff's claims against all Defendants herein. Recognizing that this is an Agreed Order, this Court FINDS the relief requested to be well-taken.

WHEREFORE, PREMISES CONSIDERED, pursuant to Fed. R. Civ. P. 41(a)(2) and other law, it is hereby ORDERED and ADJUDGED that:

(1)     All Plaintiff's claims against all Defendants are DISMISSED WITH PREJUDICE;

(2)     All Defendants are granted FINAL JUDGMENT in their favor on all Plaintiff's claims;

(3)     All pending motions are denied without prejudice as MOOT; and

(4)     This Action is hereby finally DISMISSED WITH PREJUDICE.

1452842

SO ORDERED and ADJUDGED, this the 11th day of April, 2006.

              s/*Keith Starrett*
              UNITED STATES DISTRICT JUDGE

AGREED:


*/s/ Roman A. Shaul*
Roman A. Shaul (MSB #99873)

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

ATTORNEYS FOR PLAINTIFF


*/s/ Elizabeth B. Shirley*
Elizabeth B. Shirley (MSB # 100382)

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

ATTORNEYS FOR DEFENDANTS AMERICAN GENERAL FINANCIAL SERVICES, INC., formerly known as AMERICAN GENERAL FINANCE, INC., A DELAWARE CORPORATION, on its own behalf and as successor to AMERICAN GENERAL FINANCE, INC., a Mississippi corporation, MERIT LIFE INSURANCE CO., and YOSEMITE INSURANCE COMPANY

1452842  2